```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
NAEEM AHMED,                                                           :
:
                      Plaintiff,                   :     14-CV-7486 (JMF)
:
        -v-                                                            :     ORDER
:
GEO USA LLC,                                                           :
:
                      Defendant.                   :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 16, 2014, Plaintiff filed a motion for a preliminary injunction against Defendant. (Docket No. 2). Plaintiff has not submitted proof that Defendant has been served with the motion. Plaintiff shall promptly serve Defendant with copies of the motion and this Order, and submit to the Court proof of such service. Defendant shall have **three weeks** from the receipt of service in which to file a response to Plaintiff's motion; any reply shall be filed **within two weeks** of any opposition.

       The Clerk of the Court is directed to mail Plaintiff a copy of this Order.

       SO ORDERED.

Dated: September 30, 2014
       New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge