IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAEEM AHMED | ) |
| | ) |
| Plaintiff, | ) Case No. 14-CV-7486 (JMF) |
| | ) |
| v. | ) |
| | ) |
| GEO USA LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

## GEO USA LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant's GEO USA LLC, by and through its undersigned counsel, states that GEO USA LLC is wholly-owned by GEO USA Holding Inc. No publicly held corporation owns 10% or more of the stock of GEO USA LLC.


Dated: October 1, 2014         ALSTON & BIRD LLP
       New York, NY

                               By: /s/ Lara A. Holzman
                                   Lara A. Holzman (LH-8355)
                                   90 Park Avenue
                                   New York, New York 10016
                                   Tel:   (212) 210-9400
                                   Fax:   (212) 210-9444
                                   Email: lara.holzman@alston.com

                               *Attorneys for Defendant GEO USA LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October 2014, a copy of **GEO USA LLC'S RULE 7.1 DISCLOSURE STATEMENT** was served by overnight delivery service to:

>Mr. Naeem Ahmed
>93 S. Jackson Street, Suite 23801
>Seattle, WA 98104

Dated:  October 1, 2014                    ALSTON & BIRD LLP
        New York, New York

                                   By:  /s/ Lara A. Holzman

                                        Lara A. Holzman (LH-8355)
                                        90 Park Avenue
                                        New York, New York 10016
                                        Tel:    (212) 210-9400
                                        Fax:    (212) 210-9444
                                        Email:  lara.holzman@alston.com

                                        *Attorneys for Defendant GEO USA LLC*