```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :
NAEEM AHMED,                                      :
                                                  :
                         Plaintiff,               :       14-CV-7486 (JMF)
                                                  :
          -v-                                     :       ORDER
                                                  :
GEO USA LLC,                                      :
                                                  :
                         Defendant.               :
                                                  :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2014

JESSE M. FURMAN, United States District Judge:

       On November 20, 2014, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure after Plaintiff failed to file an opposition to Defendant's motion to dismiss, which was due on November 12, 2014.  (Docket No. 15).  On November 24, Plaintiff filed his memorandum with the Court.  (Docket No. 16).  It is ORDERED that no later than **December 5, 2014**, Defendant shall file a reply in support of its motion to dismiss.  Defendant's memorandum should also address whether Plaintiff's November 24th filing should be disregarded as untimely.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: November 26, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge